```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                :
SEAN WILSON,                 :
                :
           Plaintiff,      :
                :    1:25-cv-8622-GHW
    -against-             :
                :         ORDER
SYNCHRONY BANK; THE BANK OF      :
MISSOURI; PORTFOLIO RECOVERY      :
ASSOCIATES LLC; MIDLAND CREDIT      :
MANAGEMENT, INC.; TRANS UNION      :
LLC A/K/A TRANSUNION; EXPERIAN      :
INFORMATION SOLUTIONS, INC.;      :
EQUIFAX INFORMATION SERVICES      :
LLC,                :
                :
         Defendants.   :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       This action was removed from the Supreme Court of the State of New York, County of New York, on October 17, 2025. Dkt. No. 1. Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than October 31, 2025. Additionally, counsel for Plaintiff is directed to promptly file a notice of appearance in this case. Likewise, any Defense counsel who appeared in the state action are directed to promptly file a notice of appearance in this case. Counsel for the Bank of Missouri is directed to serve a copy of this order on Plaintiff and all named Defendants, and to retain proof of service.

       SO ORDERED.

Dated: October 21, 2025
New York, New York

                                             _____
                                                  GREGORY H. WOODS
                                               United States District Judge