```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
SEAN WILSON,                                                   :
                                                               :
                                                               :
                                              Plaintiff,       :
                                                               :         1:25-cv-8622-GHW
                   -against-                                   :
                                                               :              ORDER
                                                               :
SYNCHRONY BANK; THE BANK OF                                    :
MISSOURI; PORTFOLIO RECOVERY                                   :
ASSOCIATES LLC; MIDLAND CREDIT                                 :
MANAGEMENT, INC.; TRANS UNION                                  :
LLC A/K/A TRANSUNION; EXPERIAN                                 :
INFORMATION SOLUTIONS, INC.;                                   :
EQUIFAX INFORMATION SERVICES                                   :
LLC,                                                           :
                                                               :
                                              Defendants.      :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On October 24, 2025, Plaintiff Sean Wilson filed notice that he had reached a settlement with Defendant Experian Information Solutions, Inc. ("Experian"). Dkt. No. 18. Plaintiff requested "that the Court stay this case and adjourn all deadlines and conferences as they pertain to Defendant Experian Information Solutions, Inc." *Id.* ¶ 2.

Plaintiff's request is denied without prejudice. There are multiple defendants in this case; the case will proceed in parallel for all defendants. Experian is required to meet all deadlines in this case unless and until the claims against it have been dismissed. Counsel for Plaintiff is directed to serve a copy of this order on all named defendants for whom counsel has not appeared, and to retain proof of service.

SO ORDERED.

Dated: October 29, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge