USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
SEAN WILSON, :
:
:
:
Plaintiff, :
: 1:25-cv-8622-GHW
:
-against- :
: ORDER
:
SYNCHRONY BANK; THE BANK OF :
MISSOURI; PORTFOLIO RECOVERY :
ASSOCIATES LLC; MIDLAND CREDIT :
MANAGEMENT, INC.; TRANS UNION :
LLC A/K/A TRANSUNION; EXPERIAN :
INFORMATION SOLUTIONS, INC.; :
EQUIFAX INFORMATION SERVICES :
LLC, :
:
Defendants. :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On November 5, 2025, the Court held a conference regarding Defendants Midland Credit Management, Inc. ("MCM") and Portfolio Recovery Associates, LLC's ("PRA's") anticipated motions to dismiss the complaint. *See* Dkt. Nos. 19, 22. As stated on the record during the conference, MCM and PRA's requests for leave to file motions to dismiss are granted. The deadline for MCM and PRA to file and serve their motions to dismiss is December 8, 2025. Plaintiff's opposition to each motion is due within four weeks after service of each motion. MCM and PRA's replies, if any, are due within two weeks after service of each opposition.

For the reasons stated on the record at the November 5, 2025 conference, discovery is stayed as to all parties pending briefing and resolution of MCM and PRA's motions to dismiss. This stay does not relieve any defendant of its obligation to answer or otherwise respond to the complaint. The initial pre-trial conference scheduled for November 17, 2025, Dkt. No. 5, is adjourned *sine die*.

2

Counsel for Plaintiff is directed to serve a copy of this order on all named defendants for whom counsel has not appeared, and to retain proof of service.

SO ORDERED.

Dated: November 5, 2025
New York, New York

GREGORY H. WOODS
United States District Judge