USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                       :

SEAN WILSON,                     :

                                  :

                      Plaintiff,   :

                                  :              1:25-cv-8622-GHW

       -against-               :

                                  :               ORDER

SYNCHRONY BANK; and TRANS UNION  :
LLC A/K/A TRANSUNION,       :

                                  :

                    Defendants.  :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On November 5, 2025, the Court adjourned the initial pretrial conference in this matter *sine die* pending resolution of an anticipated motion to dismiss to be filed by Defendants Midland Credit Management, Inc. ("MCM") and Portfolio Recovery Associates, LLC ("PRA"). Dkt. No. 24. MCM and PRA have been dismissed from this action. Therefore, the initial pretrial conference is rescheduled and will take place on February 2, 2026 at 1:00 p.m. The conference will be conducted by telephone. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.

The preconference letter and proposed case management plan required by the Court's Initial Pretrial Conference Order, Dkt. No. 5, are due no later than January 26, 2026.

Counsel for Plaintiff is directed to serve a copy of this order on all named defendants for whom counsel has not appeared, and to retain proof of service.

SO ORDERED.

Dated: January 14, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge

2